UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDREA WATSON,

                                        Plaintiff,

-against-

CITY OF NEW YORK, P.O. JAMES MALAVE, P.O. BENNETT, P.O. JOHN DOE,

                                        Defendants.

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CITY OF NEW YORK**

11 CV 1066 (RMB)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Noreen M. Stackhouse**, Assistant Corporation Counsel, is serving as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective March 29, 2011.

Dated:  New York, New York
           March 29, 2011

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                of the City of New York
                                                Attorney for Defendant City of New York
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 788-9736

                                          By:          /s/
                                                   Noreen Stackhouse
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division


cc:     Christopher Wright, Esq. (BY ECF)
           Attorney for Plaintiff
           305 Broadway, Suite 1400
           New York, New York 10007

Index No. 11 CV 1066 (RMB)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ANDREA WATSON,<br><br>                                        Plaintiff,<br><br>             -against-<br><br>CITY OF NEW YORK, P.O. JAMES MALAVE,<br>P.O. BENNETT, P.O. JOHN DOE,<br><br>                                        Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant City of New York*<br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Noreen Stackhouse*<br><br> *Tel:  (212) 788-9736*<br> *NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ........................................... ,2011*<br><br>*.................................................................. Esq.* |