UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Andrea Watson
　　　　　　　　Plaintiff(s),

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/11

**Case Management Plan**

- v -

11 CV. 1066 (RMB)

City of New York, et al.
　　　　　　　　Defendant(s).
----------------------------------------------------------X

　　　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)　　Joinder of additional parties by __June 24, 2011__

(ii)　　Amend the pleadings by __June 24, 2011__

(iii)　　All discovery to be **expeditiously** completed by __Sep. 13, 2011__

(iv)　　Consent to Proceed before Magistrate Judge __No__

(v)　　Status of settlement discussions __None to date__   **Sept 15, 2011 @ 9:30 with principals**

**Sections vi through xi will be set at conference with the Court.**

(vi)　　Motions _____

(vii)　　Oral Argument _____

(viii)　　Joint Pre-Trial Order to be submitted by _____

(ix)　　Final Pre-Trial Conference _____

(x)　　Trial _____

(xi)　　Other _____


SO ORDERED: New York, New York
　　　　　　　__4/18/11__

/s/ RMB
Hon. Richard M. Berman, U.S.D.J.